

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2020

No. 04-19-00885-CR

Charles **ROBNETT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR12773B
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant's fifth motion for an extension of time to file his brief is GRANTED. Appellant filed his brief on August 21, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court